1208

No. 11–7677. MULLINGS v. LEE, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 11–7678. JOHNSON v. WOODS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–7687. WELLS v. JONES, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 11–7691. AKUMA v. CEDAR HILL INDEPENDENT SCHOOL DISTRICT ET AL. C. A. 5th Cir. Certiorari denied.

No. 11–7692. AKINE v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 11–7695. THOMPSON v. LEMPKE, SUPERINTENDENT, FIVE POINTS CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 11–7696. KILBURN v. SPENCER, COMMISSIONER, MASSACHUSETTS DEPARTMENT OF CORRECTION, ET AL. C. A. 1st Cir. Certiorari denied.

No. 11–7698. BAYLOR v. RENICO, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–7701. McCLUSKEY v. NEW YORK STATE UNIFIED COURT SYSTEM ET AL. C. A. 2d Cir. Certiorari denied.

No. 11–7706. CARTER v. BANK OF AMERICA ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 11–7717. JONES v. MAZDA NORTH AMERICAN OPERATIONS. C. A. 5th Cir. Certiorari denied.

No. 11–7718. PLEASANT-BEY v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 11–7719. PINKEY v. ZAVISLAN, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 11–7722. RIVERS v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.